IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY ALAN WOODWARD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VICTORIA ASHLEY WOODWARD,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BP EXPLORATION & PRODUCTION, INC., et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:24-00049-JB-MU-C** |

**ORDER**

Pending before the Court is the Stipulation of Dismissal With Prejudice. (Doc. 56). The Stipulation is filed expressly pursuant to Rule 41(a)(1)(A)(ii) and is signed by all parties. The claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is DIRECTED to close this case and remove it from the master file.

**DONE and ORDERED** this 20th day of August, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE